UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No: 09-20280-2

v.

ALI ALAOUIE,

        Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S
## APPEAL OF MAGISTRATE JUDGE'S ORDER FOR BOND

This matter has come before the court for a de novo review of the government's appeal of Magistrate Judge Mona Majzoub's order for bond as to defendant Ali Alaouie. For the reasons fully stated on the record the government's appeal of the Magistrate Judge's order is GRANTED that the defendant is remanded to the custody of the US Marshals to be held pending trial.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 25, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2010, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522